IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>)<br>Plaintiff,          )<br>)<br>vs.          )<br>)<br>TRISTAN CHANNING RUNNELS,     )<br>)<br>Defendant.          )<br>) | 8:11CR357<br><br>ORDER |

    This matter is before the court on the defendant's unopposed motion to continue trial [25] due to discovery.  For good cause shown,

    **IT IS ORDERED** that the motion to continue trial is granted, as follows:

    1.  The jury trial now set for March 6, 2012 is continued to **April 24, 2012**.

    2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable

    3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **March 6, 2012 and April 24, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    **DATED February 27, 2012.**

                                                                **BY THE COURT:**

                                                                **s/ F.A. Gossett**
                                                                **United States Magistrate Judge**